IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TAWONA WARREN ANDERSON,
Guardian of the Person and Estate of
Rayshawn Warren                                                    PLAINTIFF

v.                           No. 3:18-cv-231-DPM

DOYNE DRISKILL, Individually
and in his Official Capacity as a
Police Officer for the City of
Blytheville, Arkansas; ROSS
A. THOMPSON, Individually
and in his Official Capacity as
Chief of Police for the City of
Blytheville, Arkansas; and
BLYTHEVILLE, ARKANSAS                                              DEFENDANTS

## ORDER

The Defendants' motion to consolidate, № 9, is denied. Anderson filed this case and Case No. 3:18-cv-234-BSM, but the material facts and claims aren't the same. This case involves Warren's arrest; the other case involves what happened at the hospital after the arrest. There could be unintended prejudice from spillover effects. Coordination of discovery by counsel, rather than consolidation, is the better course.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 June 2019