# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**TAWONA WARREN ANDERSON**                                                                                          **PLAINTIFF**
*Guardian of the Person and Estate of Rayshawn Warren*

**v.**                                       **Case No. 3:18-cv-00231-LPR**

**DOYNE DRISKILL**                                                                                                      **DEFENDANTS**
*Individually and in his official capacity as*
*a Police Officer for the City of Blytheville, Arkansas*,
**ROSS A. THOMPSON**
*Individually and in his official capacity as*
*Chief of Police for the city of Blytheville, Arkansas*, and
**CITY OF BLYTHEVILLE, ARKANSAS**

## JUDGMENT

Pursuant to the Order filed today, it is CONSIDERED, ORDERED, and ADJUDGED that judgment be entered in favor of Doyne Driskill, Ross A. Thompson, and the City of Blytheville, Arkansas on all claims asserted against them.

IT IS SO ADJUDGED this 26th day of July 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE